FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 06 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re: ZYPREXA
PRODUCTS LIABILITY LITIGATION

JUDGMENT
04-MDL- 1596 (JBW)

----------------------------------------------------------------X

In re: ELI LILLY AND COMPANY
SECURITIES LITIGATION

07-CV- 1310 (JBW)

----------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on April 30, 2008, dismissing the case; and awarding costs and disbursements to the defendants; it is

ORDERED and ADJUDGED that the case is dismissed; and that costs and disbursements are awarded to the defendants.

Dated: Brooklyn, New York
       May 02, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court